## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| CHASE GELAKOSKI, | Civil No. 10-1352 (JRT/SRN) |
| Plaintiff, | |
| v. | |
| REGIONAL ADJUSTMENT BUREAU, INC., | **ORDER** |
| Defendant. | |

___

Patrick Hayes and William Michelson, **MARSO & MICHELSON, PA**, 3101 Irving Avenue, South, Minneapolis, MN 55408, for plaintiff.

Christopher Morris and Jessica Schulte Williams, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

This matter is before the Court upon the stipulation of dismissal filed by the parties on July 1, 2010 [Docket No. 8].

**IT IS HEREBY ORDERED** that the above matter is hereby **DISMISSED with PREJUDICE,** on the merits, and without costs, disbursements, or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 6, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                               United States District Judge